JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAFAEL REYES SERVIN,

                    Petitioner,

          v.

FERETI SEMAIA et al,

                    Respondent.

Case No. 5:26-cv-02745-MAR

JUDGMENT

Pursuant to the Order on Petition for Habeas Corpus, **IT IS HEREBY ADJUDGED** that the Petition is **GRANTED**.  Respondents are **ORDERED** to immediately release Petitioner, return his belongings, and not re-detain Petitioner without providing prior written notice, an opportunity to respond, and an opportunity to be represented by counsel prior to deprivation of liberty when the Petitioner is not yet subject to a final order of removal.

Dated: June 11, 2026

_____

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge